# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEREK MILLER,<br><br>     *Plaintiff*,<br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a/ ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>     *Defendants*. | Civ. No. 1:19-CV-00598 (LEK/DJS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL** |

     Plaintiff Derek Miller ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff has resolved his remaining claims against Defendant E.I. DuPont De Nemours and Company and thereby respectfully requests that the Court enter an Order dismissing the above-captioned matter, with prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: May 31, 2024

**FARACI LANGE LLP**

*/s/ Stephen G. Schwarz*
Stephen G. Schwarz
1882 South Winton Rd, Suite 1
Rochester, New York 14618
Telephone: (585) 325-5150
Facsimile: (585) 325-3285
sschwarz@faraci.com
*Attorneys for Plaintiff*

So Ordered

_____
LAWRENCE E. KAHN
UNITED STATES DISTRICT JUDGE
Dated:  September 11, 2024